

**City of Cleveland**
Frank G. Jackson, Mayor

Department of Law
Barbara A. Langhenry, Director
601 Lakeside Avenue, Room 106
Cleveland, Ohio 44114-1077
216/664-2800 • Fax: 216/664-2663
www.cleveland-oh.gov

August 12, 2015

The Honorable Christopher A. Boyko
United States District Court
801 West Superior Avenue, Courtroom 15B
Cleveland, Ohio 44113

Re: *Kipp Holloway v. City of Cleveland, et al.*
U.S.D.C. Case No. 1:15-cv-0869

Dear Judge Boyko,

In response to this Honorable Court's July 31, 2015 Order [ECF #13], please be advised that the investigative materials in the possession of the City of Cleveland will be produced under the terms of a stipulated protective order approved by this Court. Counsel for Defendant City of Cleveland will be presenting counsel for Plaintiff a proposed stipulated protective order by August 14, 2015.

Very truly yours,

Shawn M. Mallamad
Assistant Director of Law
City of Cleveland - Department of Law
601 Lakeside Avenue, Room 106
Cleveland, Ohio 44114
(216) 664-3774 - phone
(216) 664-2663 - fax
smallamad@city.cleveland.oh.us

cc: Terry H. Gilbert, Esq.
L. Stewart Hastings, Esq.

An Equal Opportunity Employer